<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEUTSCH IMPORTS, LLC, d/b/a GLAZZIO TILES,<br><br>          Plaintiff,<br><br>     v.<br><br>GLAZZIO TILES LLC,<br><br>          Defendant. | Case No. 2:24-cv-06347-SDW-JSA<br><br>**ORDER**<br><br>September 6, 2024 |

**WIGENTON**, District Judge.

This matter comes before the Court on the motion of Plaintiff Deutsch Import, LLC, d/b/a Glazzio Tiles ("Plaintiff") for a default judgment against defendant York Glazzio Tiles LLC ("Defendant"). Defendant has failed to appear, plead or otherwise defend against the Complaint. The Clerk of this Court previously entered default against the Defendants on July 10, 2024. This Court has reviewed the motion of Plaintiff, for a default judgment against the Defendant in accordance with the Federal Rules of Civil Procedure, and good cause having been shown,

**IT IS** on this 6th day of September, 2024

    **ORDERED** that

1. Plaintiff's Motion for Default Judgment is **GRANTED**; and

2. Judgment is entered in favor of Plaintiff and against Defendant as follows:

    a. Defendant has infringed Plaintiff's rights covered by U.S. Trademark Registration Nos. 5,221,706 and 6,917,988 (the "GLAZZIO Marks") under 15 U.S.C. § 1051 et seq.; and

    b. Defendant, its officers, directors, agents, employees, servants, attorneys, successors, assigns, and others controlling, controlled by or affiliated with Defendant, and all those in privity or active concert or participation with any of the foregoing, and all those who receive actual notice by personal service or otherwise, are hereby permanently enjoined from:

        i. Operating under the "GLAZZIO TILES LLC" name;

        ii. Using its Infringing Mark, the GLAZZIO Marks or any colorable imitation thereof in connection with the offering, selling, advertising or promoting the sale of any goods or services or from otherwise using the GLAZZIO TILES Marks or any marks confusingly similar thereto; and

        iii. Otherwise infringing the GLAZZIO Marks

Judgment shall be entered in accordance with this Order, pursuant to Fed. R. Civ. P. 58.

**SO ORDERED.**

                              /s/ Susan D. Wigenton
                              **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
     Jessica S. Allen U.S.M.J.